# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ALISON MCCORMICK, SEAN FOLEY, ) <br> TAMRA PHILBROOK and J. HAM YING ) <br> ) <br>     Plaintiffs. ) <br>  v. ) <br> ) <br> FESTIVA DEVELOPMENT GROUP, ) <br> LLC, ) <br> ) <br> and ) <br> ) <br> RANGELEY LAKE DEVELOPMENT ) <br> GROUP, LLC, ) <br> ) <br>     Defendants. ) | In a petition for removal from the Superior Court of Cumberland County, Maine <br><br> Maine court Docket No: CV-09-388 for County of Cumberland. |

## Notice of Removal to Federal District Court

Comes now the Defendant, Rangeley Lake Development Group, LLC, and in direct support of this request for removal of the above-captioned state court cause into, and through, the various jurisdiction of this United States District Court provided under at least 28 USC § 1331, 28 USC § 1367, 28 USC 1441(b), 28 USC § 1441(c), 28 USC § 1441(e), 28 USC § 1443(1), 28 USC § 1443(2), and/or 28 USC § 1446, and on the federal questions involved, herein alleges, states, and provides the following:

<u>JURISDICTION</u>

1. This District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to the authorities cited above, including, but not limited to the following, to-wit: 28 USC § 1331, 28 USC § 1367, 28 USC 1441(b), 28 USC § 1441(c), 28 USC § 1441(e), 28 USC § 1443(1), 28 USC § 1443(2), and/or 28 USC § 1446.

2. The District Court of the United States is an Article III court with authority to hear questions arising under the Constitution, Laws, and Treaties of the United States, including but

1

not limited to the Bill of Rights, the Ninth Amendment, the Eleventh Amendment, the original Thirteenth Amendment, the Fourteenth Amendment, the International Covenant on Civil and Political Rights, and the Universal Declaration of Human Rights, with Reservations. *See* the Article VI Supremacy Clause of the Constitution of the United States of America, as lawfully amended (*hereinafter* "U.S. Constitution").

## RECORD OF STATE PROCEEDINGS

3. Defendant is now proceeding on the basis of the presumption that the *McCormick v. Rangeley Lake Development Group, LLC*, Docket No. CV-09-388, state superior court record for County of Cumberland is attached herein and made available to this Honorable Court, pursuant to Rules 201 and 902 of the Federal Rules of Evidence, the Full Faith and Credit Clause contained under Article IV of the U.S. Constitution, and 28 U.S.C. § 1449.

## INCORPORATION OF PRIOR PLEADINGS

4. Defendant hereby incorporates by reference all pleadings, papers, and effects heretofore filed or otherwise lodged within the state proceedings the same as if fully set forth herein.

## CONSENT OF DEFENDANT FESTIVA DEVELOPMENT GROUP, LLC

5. Defendant Festiva Development Group, LLC, has given its written consent to removal to federal District Court.

## ALLEGATIONS

6. Defendant Rangeley Lake Development Group, LLC, first received a copy of the Complaint by e-mail on July 17, 2009. The Plaintiffs served discovery, but no complaint on the registered agent, James Barns on June 25, 2009. See **Exhibit A** attached hereto.

7. Plaintiffs served discovery, but no complaint, on the registered agent, James B. Barns on June 25, 2009. See **Exhibit A** attached hereto.

8. Plaintiffs specifically complain on matters which go to related federal questions, such as the Fair Labor Standards Act. 29 U.S.C. § 201 *et seq*. [Complaint ¶ 22, 23].

9. Removal is requested pursuant to jurisdiction conferred on the Federal District Court by 28 U.S.C. § 1446(a) *et seq*. Plaintiffs bring their claim "under the Fair Labor Standards Act" and seek "relief for violations of the Fair Labor Standards Act". 29 U.S.C. § 201 *et seq*. [Complaint ¶ 22, 23]. The Fair Labor Standards Act of 1938 is a federal law of the United States. 29 U.S.C. § 201 *et seq*. Because the Plaintiffs bring a claim under federal law, Rangeley Lake, as a Defendant in this action, is entitled to removal to Federal District Court "without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

10. The Plaintiffs' action under the Fair Labor Standards Act is not a non-removable action. 28 U.S.C. § 1445.

11. Any incorporated claims pursuant to Maine law are also removable pursuant to 28 U.S..C. § 1441(c).

## NOTICE TO PARTIES

12. Defendant now and hereby provides its formal Notice of the above to all interested parties, of record or otherwise, within and surrounding the above-encaptioned state court proceedings.

13. In accordance with 28 U.S.C. § 1446(d), the Notice of Removal is being filed with the Clerk of the United States District Court for the District of Maine.

14. In accordance with 28 U.S.C. § 1446(d), the Defendant has also given written notice to Plaintiff by contemporaneously mailing this Notice of Removal to counsel for the Plaintiff at 97 India Street, Portland, Maine.

## SUMMARY AND PRAYER

15. Plaintiffs bring their claim "under the Fair Labor Standards Act" and seek "relief for violations of the Fair Labor Standards Act". 29 U.S.C. § 201 *et seq*. [Complaint ¶ 22, 23]. The Fair Labor Standards Act of 1938 is a federal law of the United States. 29 U.S.C. § 201 *et seq*.

16. Any incorporated claims pursuant to Maine law are also removable pursuant to 28 U.S..C. § 1441(c).

17. Defendant, as a Defendant in this action, seeks the removal to Federal District Court "without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

WHEREFORE, the undersigned Defendant, Rangeley Lake Development Group, LLC,, now prays for removal of the above-encaptioned state court proceedings into, and under, the jurisdiction of this United States District Court, with all speed, and for all other relief deemed just and proper in the premises.

Dated at Portland, Maine this 12th day of August 2009.

Respectfully submitted,

/s/ N. Quinn Collins
David J. Perkins, Esq. Bar #3232
N. Quinn Collins, Esq. Bar #7826
Attorneys for Rangeley Lake Development Group, LLC
Perkins Olson, P.A.
30 Milk Street, P.O. Box 449
Portland, Maine  04112-0449

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Portland, Maine, this 11th day of August, 2009.

/s/ N. Quinn Collins
David J. Perkins, Esq. Bar #3232
N. Quinn Collins, Esq. Bar #7826
Attorney for Rangeley Lake Development
Group, LLC
Perkins Olson, P.A.
30 Milk Street, P.O. Box 449
Portland, Maine  04112-0449

CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of August, 2009, a true and complete copy of the foregoing notice of removal, by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in these proceedings.

/s/ N. Quinn Collins
David J. Perkins, Bar Number 3232
N. Quinn Collins, Bar Number 7826
Attorneys for Rangeley Lake
Development Group, LLC
Perkins Olson, P.A.
Thirty Milk Street
Post Office Box 449
Portland, Maine 04112--0449
207-871-7159

F:\CLIENTS\Williams, Perry\Rangeley Lake Resort Development\Petition for removal Fed court.doc