# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| ALISON McCORMICK, et al., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   Civil No. 09-365-P-S |
| | ) |
| FESTIVA DEVELOPMENT GROUP, LLC, et al, | ) |
| | ) |
|     Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 12, 2010, his Recommended Decision (Docket No. 48). Defendant Rangeley Lake Resort Development Co. filed its Objection to the Recommended Decision (Docket No. 51) on February 19, 2010. Plaintiffs filed their Response to Defendant's Objection to the Recommended Decision (Docket No. 53) on March 5, 2010. Defendant Rangeley Lake Resort Development Co. filed its Reply to Plaintiffs' Response to its Objection to the Recommended Decision (Docket No. 55) on March 11, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant Rangeley Lake Development Group, LLC's Motion to Dismiss (Docket No. 7) is **DENIED**.

3. It is hereby **ORDERED** that Defendant Festiva Development Group, LLC's Motion to Dismiss (Docket No. 14) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated at Portland, Maine this 18th day of March, 2010.